UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ELIZABETH FRANCIS,

    *Plaintiff,*

v.

BLUE CROSS BLUE
SHIELD OF MICHIGAN,
*d/b/a BCBSM,*

    *Defendant.*

                                          /

CASE NO. 1:22-cv-12890

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

## REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS (ECF No. 4)

**I. RECOMMENDATION**

For the reasons set forth below, **I RECOMMEND** that Defendant's motion to dismiss (ECF No. 4) be **DENIED as MOOT**.

**II. REPORT**

Plaintiff filed the original complaint on November 20, 2022. (ECF No. 1.) Rather than filed a responsive pleading, Defendant filed the instant motion to dismiss under Fed. R. Civ. P. 12(b)(6) on February 10, 2023. (ECF No. 4). On March 1, 2023, Plaintiff filed an amended complaint. (ECF No. 13.) The amended complaint was filed within the 21 days for filing an amended complaint as a matter of course after the filing of a motion to dismiss under Fed. R. Civ. P. 12(b). Fed. R.

1

Civ. P. 15(a)(1)(B). Therefore, the amended complaint was timely filed and Defendant has not objected to the filing.

The amended complaint supersedes the original complaint and renders the pending motion to dismiss the original complaint moot. *Seifu v. Post Master General*, 2022 WL 474481, at *1 (S.D. Ohio Feb. 16, 2022), *Meier v. Schwarz Partners*, 2022 WL 16702695, at *1 (E.D. Mich. Nov. 2, 2022).

### III. CONCLUSION

For these reasons, **I RECOMMEND** that Defendant's motion to dismiss (ECF No. 4) be **DENIED as MOOT.**

### IV. REVIEW

Rule 72(b)(2) of the Federal Rules of Civil Procedure states that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140, 155; *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). The parties are advised that making some objections, but failing to raise others, will not preserve all the objections a party may have to this Report

2

and Recommendation. *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). According to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

Any objections must be labeled as "Objection No. 1," "Objection No. 2," etc. Any objection must recite precisely the provision of this Report and Recommendation to which it pertains. Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc. If the Court determines that any objections are without merit, it may rule without awaiting the response.

Date: March 9, 2023                    S/PATRICIA T. MORRIS
                                       Patricia T. Morris
                                       United States Magistrate Judge