UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ELIZABETH FRANCIS,

                Plaintiff,                        Case No. 1:22-cv-12890

v.                                        Honorable Thomas L. Ludington
                                           United States District Judge

BLUE CROSS BLUE SHIELD OF MICHIGAN,

                                         Honorable Patricia T. Morris
                                         United States Magistrate Judge

                Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

Elizabeth Francis alleges Blue Cross Blue Shield of Michigan violated Title VII and Michigan's Elliot-Larsen Civil Rights Act by terminating her employment after she requested a religious exemption from Defendant's policy requiring COVID-19 vaccinations. ECF No. 1. Then Blue Cross filed a motion to dismiss. ECF No. 4.

On March 9, 2023, Magistrate Judge Patricia T. Morris issued a report recommending that the motion be denied as moot because Francis filed an amended complaint. ECF No. 14. Judge Morris provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the report.

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 14, is **ADOPTED**, and that Defendant's Motion to Dismiss, ECF No. 4, is **DENIED AS MOOT**.

**This is not a final order and does not close the above-captioned case**.

Dated: March 24, 2023                      s/Thomas L. Ludington
                                           THOMAS L. LUDINGTON
                                         United States District Judge